STATE v. B. L. PAGE et el.

*Practice—Failure to Except Until After Verdict—Appeal.*

Where defendant in a criminal action made no exception to the evidence or instructions to the jury but after conviction and refusal of motion for new trial "excepted" without specifying anything to which he excepted, the judgment will be affirmed when no error appears on the record.

Indictment against B. L. Page *et al* for assault and battery, tried before *Whitaker, J.*, at Spring Term, 1894, of ROBESON Superior Court. The defendants were convicted and appealed.

*The Attorney General*, for the State.
No counsel, *contra*.

FAIRCLOTH, C. J.: The defendants made no exception to the admission of evidence nor to His Honor's charge. After verdict and rule for new trial discharged, the case states that "defendants excepted," but does not specify anything to which the defendants excepted. We have examined the record and find no error therein.

Affirmed.